# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Scott Amidon                                Case Number: 5:18CR00287-001

Name of Sentencing Judicial Officer:     Honorable James S. Moody, Jr.  U.S. District Judge, MDFL
                                         Jurisdiction transferred on August 28, 2018.  Assigned to
                                         Honorable Glenn T. Suddaby, Chief U.S. District Judge,
                                         NDNY

Date of Original Sentence:     May 29, 2013

Original Offense:     Conspiracy to Possess with Intent to Distribute 50 Grams or More of
                      Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)1)(A)(viii) and 846

Original Sentence:     100 months imprisonment, five years supervised release

Type of Supervision:     Supervised Release          Date Supervision Commenced:     11/3/2017

Asst. U.S. Attorney:     Matthew Jackson              Defense Attorney:     Angelo M. Ferlita
                         (MDFL)

## PETITIONING THE COURT

**[X]   To issue a warrant**
[  ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **General Condition #2: The defendant shall not commit another federal, state or local crime:**

      On December 18, 2018, the defendant was arrested by the New York State Police and charged with Driving While Intoxicated, a Class A misdemeanor and Aggravated Unlicensed Operation of a Motor Vehicle, a class E felony.  (Grade B violation) This information is based on New York State Police report.

2     **Special Condition #7: the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician:**

      On November 30, 2018, the offender tested positive for MDMA and cocaine. The defendant admits to the use of MDMA.  Alere Toxicology records verify the use of MDMA and cocaine(Grade C violation) This information is base on the defendant's admission and a laboratory report.

Prob 12C                                      -2-                    Petition for Warrant or Summons
                                                                      for Offender Under Supervision

Name of Offender: James Scott Amidon                                  Case Number: 8:12CR00410

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        [X]    Revoked
        [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed        December 19, 2018

Approved by: _____    by: _____
Michael J. Kester                                Timothy T. Nolan
Supervising U.S. Probation Officer               Senior U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Summons
[ ]    Other
[X]    The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

December 19, 2018
_____
Date